IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

ALEXIS KEENAN,                     )
                                   )          CASE NO.: 1:22-CV-1733
        PLAINTIFF,                 )
v.                                 )          JUDGE JAMES S. GWIN
                                   )
BURNTWOOD TAVERN HOLDINGS          )          ORDER
LLC, et al.,                       )
                                   )
        DEFENDANTS.                )


Upon representation of counsel and parties that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Parties are to file any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action as directed. Any such order shall supersede this order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).


Dated: August 22, 2023                    s/  *James S. Gwin*_____
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE